# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00332-CR

**Terri Regina Lang, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
## NO. 42185, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's supplemental brief on remand was originally due February 1, 2019. On counsel's motion, the time for filing the brief was extended to March 4, 2019. Appellant's counsel has now filed a second motion, requesting that the Court again extend the time for filing appellant's supplemental brief. We grant the motion for extension of time and order appellant to file a supplemental brief no later than April 3, 2019. No further extension of time will be granted. If the supplemental brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is so ordered on March 8, 2019.

Before Justices Goodwin, Baker, and Kelly

Do Not Publish